UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -3 P 12: 38

US DISTRICT COURT
HARTFORD

| | | |
|---|---|---|
| JEAN ELIZABETH DEFREITAS CAMPBELL<br>AKA JEAN ELIZABETH DEFREITAS<br>AKA JEAN DEFREITAS | : <br>: <br>: | CASE NO: 3:03CV591(AWT) |
| PETITIONER, | : | |
| VS: | : | |
| IMMIGRATION AND NATURLIZATION<br>SERVICE, DISTRICT DIRECTOR<br>MR. GEORGE SULLIVAN<br>INS COMMISSIONER, DORIS MEISSNER<br>HOMELAND SECURITY, MR. TOM RIDGE<br>ATTORNEY GENERAL, MR. JOHN ASHCROFT<br>WARDEN FCI DANBURY, KUMA DEBOO | : <br>: <br>: <br>: <br>: <br>: <br>: | |
| RESPONDENTS, | : | |

MOTION FOR EXPEDITED REMOVAL OUT
THE UNITED STATES

I, Jean Elizabeth DeFreitas Campbell and all the above is filing Pro Se in the United States District Court District of Connecticut Motion for Expedited Removal out of the United States.

The Petitioner, have been in the United States District Court since 1997 and to this present time no decision has been made on Immigration and Naturlization Service case.

The Petitioner, have file several hundred motions for relief from her deportation out of the United States which the petitioner have stated to the court that the deportation was illegal and was due to application of and Retroactive law of 1996.

The Petitioner, have file several motions for counsel, no counsel was appointed by the court, counsel should have been appointed by the court since the United States Attorney stated that the petitioner case was complex, The Petitioner have file several motions for bond and no decision for bond was granted and would like the court to consider that the petitioner have less than (8) months to serve and have a release date of June 30, 2004 and would not want to be held in INS detention, The Petitioner have been in INS detention for about (44) days and have suffer due to treatment by the correctional staff, and no communication to the Trinidad and Tobago government and donot want to stay in INS custody due to the treatment which is inhuman.

The Petitioner, father is very ill and is in need of her care and being detained in the INS detention would deprive her of the right to be with her father.

The Petitioner, is not giving up her rights by the removal out' of the United States and her petition is still valid and several courts have stated that leaving the United States would not make my petition MOOT.

The Petitioner, have verify her citizenship throught the Trinidad and Tobago government and the United Stats government and the Immigration and Naturlization Services.

The Petitioner, is still able to voluntary leave the United States and return to Trinidad and Tobago without making her petition MOOT.

The Petitioner, have file several hundred petition to the United States District Court to Reconize her United States Citizenship  throught <u>DERIVATIVE CITIZENSHIP</u> under **8 USC** 1432,

The Petitioner have writen a letter to the Trinidad and Tobago Government of her intentions to leave the United States after serving her prison sentence on June 30,2004, letter attach.

The Petitioner, have no criminal history that would warrant detention without bond hearing, no conviction of drugs or drug use, no conviction of violance, no conviction of failure to appear at any court hearing and family will be in court to secure the bond condition if granted by the court, the petitioner have a strong family ties to the United States and would like the court to review her ties to the United States.

The Petitioner, is requesting the court to make a decision on her INS case pending at this time in order not to be place in INS detention after serving her prison sentence on June 30,2004 and if no decision is make at that time the petitioner is asking to be removal expiditely out of the United States and arrangements can be made by the Trinidad and Tobago government and the United States government.

### CONCLUSION IN CLOSING

The Petitioner,Jean Elizabeth DeFreitas Campbell and all the above is filing pro se in the United States District Court District of Connecticut **MOTION FOR EXPEDITED REMOVAL OUT OF THE UNITED STATES ON JUNE 30-2004** in the interest of justice.

Thanking you in advance:

Jean Elizabeth DeFreitas Campbell
10-28-2003

CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND EXACT COPY OF THE FOREGOING MOTION HAS BEEN FORWARDED TO THE FOLLOWING PARTY:

ON THIS ____28____ DAY OF __OCTOBER__ 200_3_

DEPARTMENT OF HOMELAND SECURITY
MR. TOM RIDGE
3801 NEBRASKA AVE NW
WASH D.C. 20393

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
J.F.K. FEDERAL BUILDING
GOVERNMENT CENTER, ROOM 310A
BOSTON, MASSACHUSETTS 02203

ATTORNEY GENERAL OF THE UNITED STATES
MR. JOHN ASHCROFT
950 PENNSYLVANIA AVE NW
WASHINGTON D.C. 20530-0001

WARDEN FCI DANBURY
MS. KUMA DEBOO
ROUTE   PENBROKE STATION
DANBURY CT 06811

INS COMMISSIONER
MS. DORIS MEISSNER
425 I STREET
WASHINGTON D.C. 20536

REPUBLIC OF TRINIDAD AND TOBAGO
PRIME MINISTER
MR. PATRICT MANNING
ATTORNEY GENERAL
MS. GLENDA MOREAN
WHITEHALL, MARAVEL ROAD
PORT OF SPAIN
TRINIDAD AND TOBAGO

UNITED STATES ATTORNEY
MS. DEBORAH SLATER
450 MAIN STREET
HARTFORD CT 06108

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
450 MAIN STREET
HARTFORD CT 06803

INS DISTRICT DIRECTOR
GEORGE SULLIVAN
450 MAIN STREET
HARTFORD CT 06803

NAME: JEAN ELIZABETH DEFREITAS
NO:    CAMPBELL
PEMBROKE STATION  09201-018
DANBURY, CT. 06811

_Jean E. Deffreitas Campbell_
10-28-2003

```
                                        Jean Elizabeth DeFreitas Campbell
                                        09201-018
                                        Route 37, Penbroke Station
                                        Federal Correctional Institution
                                        Danbury, Ct 06811

                                        10-25-2003
```

TO: REPUBLIC OF TRINIDAD AND TOBAGO
    Prime Minister
    Mr. Patrick Manning
    Whitehall, Marval Road
    Port of Spain
    Republic of Trinidad and Tobago

    Minister of National Security
    Mr. Howard Lee Chin

    Minister of Immigration

    Attorney General
    Ms. Glenda Morean

    Mr. Davis West

To Whom it may concern:

To make an official request to the Republic of Trinidad and Tobago government official who have offical control to expidite my removal out of the United States after my release from serving my prison sentence in the federal bureau of prisons, Danbury, Ct on June 30, 2004.

I am presently in the United States District Court District of Conn c.. appealing my deportation out of the United States since 1997 to present time no decision was make my the courts and the case number is 3:03CV 591 (AWT) and the United States attorney is Deborah R. Slater her phone number is (860) 947-1101 if no decision is make by June 30, 2004 and unable to get release on bond or supervise release probation.

I would like to leave the United States and be return to Trinidad and Tobago and at a later time in the event my appeal is granted I will return to the United Stats if I loose my appeal then I would appeal to the United States Courts of Appeal at that time.

I donot want to suffer in the Immigration detention Centers, I have been their and know of the treatment and it was not a pleasent exprence that a human being have to suffer dur to their country delay in expidating their paper work to leave the United States.

I know my citizenship has been verity by both government and have writen hundreds of letters to the United States government, Trinidad and Tobago government, Consulate offices in Miami, and New York and have not gotten any response from the New York office and that is the main reason I am making the attemp to write my government and will write the courts and Immigration in the United States of my intentions.

Their is a lack of interest by the counsulate in the New York office and I am aware of the pass history and the government undo delay of their citizens papers and having them suffer in Immigration detention for lack of interest for months that is the reason I am making this official attemp to expidite my removal that I would not have to suffer.

I have about 8 months left to serve and making all attemp to communicate with my government to verity my citizenship and getting my papers ready for my travel to Trinidad and Tobago on June 30, 2004.

I am aware that I can be place on a plane the same day that I am release if my papers is in order and if the government make all efforts to get the papers to the United States government for me to leave the United States which would be in my interest to write both government prior to my release which I am doing at this time.

I would like to thank both government for making the attemp to expidite this matter.

Thanking you in advance:

Jean Elizabeth DeFreitas Campbell
10-25-2004