UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

JEAN ELIZABETH DEFREITAS CAMPBELL    "
AKA JEAN ELIZABETH DEFREITAS    "
AKA JEAN DEFREITAS    "
   "
       PETITIONER,    "
   "
VS:    "
   "    CASE NO: 3:03CV591(AWT)
   "
IMMIGRATION AND NATURLIZATION SERVICE"
DISTRICT DIRECTOR, MR. GEORGE SULLIVAN
INS COMMISSIONER, MS. DORIS MEISSNER "
INS ASSISTANT COMMISSIONER, MS JOAN HIGGINS
DEPARTMENT OF JUSTICE, HOMELAND SECURITY
MR. TOM RIDGE    "
UNITED STATES ATTORNEY GENERAL, MR. JOHN ASHCROFT
FCI DAMBURY, WARDEN ,S. KUMA DEBOO    "
   "
       RESPONDENTS,    "
   "

" " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " "

PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES
DISTRICT COURT, DISTRICT OF CONNECTICUT TO ORDER
COMMUNITY CORRECTION CENTER PLACEMENT

" " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " "

I, Jean Elizabeth DeFreitas Campbell and all the above file in the United

States District Court, District of Connecticut, Petition For Writ Of

Mandamus to The District Court to Order Community Correction Center

Placement.

The Petitioner, states that the United States District Court Judge have

refusal to issue a final decision of Illegal imprisonment, Illegal Sentence,

Illegal Exclusion Order, United states Nationality Claim under 8 U.S.C.

1432 Automatic Acquired Citizenship under the age of (18) which occurred in

(1974) years before the enactment of the child Citizenship Act, Violations

of Immigration and Naturlization Act, Illegal application of AEDPA (1996),

Violation of Due Process, Violation of United States Constitution, which

have been pending in the courts since 1997.

This Court have jurisdiction under the All Writ Act, 28 U.S.C.A. § 1651,

and Rule 21 of the Federal Rules of Appellate Procedure.

The United States District Court, should be ordered to issue a final Order for Community Correctional Center Placement which the petitioner is eligible at this time for Community Correctional Center Place on 12-30-2003 which is the Federal Bureau of Prisons, Six Month, 10% date but the Federal Bureau of Prison have impermented a policy to Deny (Deportable Aliens) as my self placement in Community Correction Center due to (INS) detainer and have raise their Security Level and place a (Public Seafty Factor) to provent placement in CCC, unless the inmate meets all the criteria set forth by the Federal Bureau of Prisons.

The Petitioner, have independently verified history of stable employment in the United States at least 3 years, the record could show that I have been marry for over (28) years and my husband Ralph Ledale Campbell have worked, file and pay taxes, own property, retire after (20) years of service from the New York City Trinisit Authority, having (16) years of service with the United States army reserve, Having (3) years active Service with the United States Army, having Honorable discharge, also being supported by my father, James DeFreitas who is a United States citizen, work own bender Bros Glass Company for over (40) years, file and pay taxes, own property residental and private, and is ill with cancer at this time, unable to care for him self without assistance, unable to breath without assistance of an oxygen tank, unable to prepare meals, unable to walk to bathroom without assistance, unable to make hospital and medical appointment without assistance and is in need of personal care.

The Petitioner, have verify history of domicile in the United States for over (30) years since entry into the United States in (1964) and have only departed from Dac. 1997 to March 1997 which is less than (90) days, which I have consecutive years for over (39) years.

The Petitioner, have verify strong Family Ties in the United States entire family live, work in the United States, father James DeFreitas lives at 633 remson Ave, Brooklyn, New York, 11236, Husband Ralph Ledale Campbell lives in North Carolina, Children, Davan, Jeannine, Marlin Campbell all lives in Brookly, New York, Grandchildren all lives in the United States and all United States citizen by birth or naturlization, and all have been verify in my PSI report and by the United States Department of Justice due to application for International Treaty Transfer to Trinidad and Tobago in (2000 and 2002) which at that time was deny transfer due to Extentive residence in the United States and have insufficient contect with the country to which I have requested transfer, (which the record showes that father and children all live in the United States) sign by Paula A. Wolff, Chief.

The Petitioner, is serving a Sentence inder the INS Law 8 U.S.C. 1326, (a)(b)(2) Unlawwful Found in the United States after Depaortation and was sentence in the United States Disrict Court Southern District of Florida Case No; 1:98Cr00880-001 to (77) months 3 Years Supervise release probation and have serve over (5) years in the Feeral Bureau of Prisons with about (6) months left to service with a release date of 6-30-2004 which Bureau of Prisons policy state as a United States citizen or Alien without and (INS) detainer is elibible for Community Correctional Center placement.

The Petitioner, state that a detainer was place in (1998) by INS services in Orlando, Florida and have not been interview by any INs officer until 5-03-2003 in Danbury, Conneticut but at no time any issue was resolve.

The Petitioner, states claimes for relief from deportation since 1997 and at no time the Court have made any attemp to resolve petitioner Immigration issues.

The Petitioner, states that the United States District Court District of Connecticut have not responded since July 2003 it is now Dec 2003 and the The Court of Appeals should issue a Writ of Mandamus to confine a District Court to a lawful exercise of its prescribed jurisdiction or to compel a District Court to exercise its authority when it have the duty to do so. Mallard V. U.S. District Court for Southern District of Iowa, 490 U.S. 296, 308, 109 S.Ct 1814, 104 L Ed. 2d 318 (1989). " There can be no doubt that, where a district court persistently and without reason refuses to adjudicaate a case property before it, the court of appeals may issue the Writ " in order that it  my exercise the jurisdiction of review given by law. " Will V. Calver Fire Ins. Co 437 U.S. 655, 661-62, 98 S. Ct 2552, 57 L Ed 2d 504 (1978), Knickerbocker Ins. Co of Chicage V. Comstock, 83 U.S. 258, 21 L Ed 498 (1982). A party seeking Mandamus. " must show both that there is a clear entitlement to the relief requested and that irreparable harm will likely occur, if the Writ is withheld. In re U.S. 158 F 3d 26, 30 (1St Cir 1998), In re Cargill, Inc, 66 F 3d. 1256, 1260 (1st Cir 1995. The petitioner as well as government readly acknowledges that a writ of Mandamus is an extraordinary remedy. Allied Chemical Corp V. Daiflon, Inc 449 U.S. 33, 34 101 S CT 188, 66 L Ed 2d 193 (1980). Mandumas is a " deastic remedy to be invoked only in Extraordinary circumstances. The Petitioner have demonstrated that "Irreparable harm have occur within the (5) years since petition was file in the United States District Court and will contunie unless the court grant relief. The Government have not reach the burden of producing evidence to deny relief set forth in petition and have no attemp to resolve any claim in petition.

The Petitioner, have claim relief from deportation and have file application for citizenship under Derived citizenship Act under 8 U.S.C. 1432 (a) children born out side the United States of alien parents conditions for automatic citizenship, such child is residing in the United States pursuant to a lawful admission for permanent residence at the time of the naturlization of the parent and reside permanently in the United States while under the age of (18) eighteen years ( in 19 2 at the age of (16) ).

The Petitioner, have produce substantial evidence to support the claim of Unted states Citizenship.

The Petitioner, have claim relief from deportation under the United States Supreme Court ruling in INs Vs. Enrice St Cyr 533 U.S. 289, 150 L Ed 2D 347, 121. S CT 2271 (No. 00-767) June 25, 2001 which hold precerdent in petitioner claim for relief, it was held that the (1) Federal Courts had jurisdiction to hear the aliens petition for writ of Habeas Corpus under 28 U.S.C. § 2241, which petition alleged that the alien was eligible for waiver of removal under the repealed § 212 (c) and (2) discretionary waiver of deportation under § 212 (c) remained available for aliens, such as the alien and (petitioner) in question whose conviction were obtained throught plea agreements and who would have been eligible for waiver under the then-effective § 212 (c) at the time of their plea.

The Petitioner, have claim relief and is Eligible for relief under 8 U.S.C. § 1229 (b) Cancellation of removal and adjustment of Staus, has been an alien lawfully admitted for permanent for not less than five years, has resided in the United States continuously for (7) years agte having been admitted in any status and, has not been convicted of any aggravated felony, (c) Establish that removal would cause and result in exceptional and extremely unusual hardship to the alien spouse, parent or child who is a citizen of the United States.

The Petitioner, have claim relief from deportation under Battered Immigrant Women Protection Act of 2000, Violance Against Women Act of 2000, Battered Women Syndrome, The Attorney General may cancel removal of an alien and adjust the status of an alien lawfully admitted for permanent residnce, if the alien has been battered or subjected to extreme cruelty in the United States by the spouse or parent who is United States citizen.

The Petitioner, is eligible for relief under 8 U.S.C. § 2178 Family Considera tion, thus have a bona fife and viable family relationship to a United States citizen and important factors supporting a favorable exercise of discretion on behalf if the alien.

The Petitioner, have clain relief under 8 USC § 1227, The Attorney General may in his discretion for Humanitarian purpose to assure family unity waive application of clause.

The Petitioner, have file several hundred petition for relief in several judicial district since June 1997, have been granted stay of deportation by judge Jack B. Weinstein and the court and government have yet to make any decision, The undo delays is due to the court and the government refusing to grant relief from illegal deportation in 1997 by the Immigration and Naturlization service in Hartford, Connecticut with a Court Order, was their violation of the law by the INS Service and is their violation of the Due process of Law.

The Petitioner, have submitted substantial amount of ducuments, cited points of authority and have receive no justice by the court only injustice by the court and the government.

The Petitioner, have no history of drugs, violance, failure to appare in any court in the United States, self surrender history with the federal Burea Bureau of Prisons, have no history of violance within the Federal Bureau of Prisons for the pass (5) years.

The Petitioner, for the pass (5) Years pleaded for relief and help to the United States Attorney General and all the government official who have direct contect with petitioner and INS case pending in the United States District Court and have yet to get help why is my pleading no being heard or is their no liberty and justice for all, Judge Jack B. Weinstein rule in Beharry Vs. INS that thier is justice for alien legal or unlaw as long as they are in the United States they are protected under the United States Constitution.

The Petitioner is pleading for help and is sending a copy  to all listed in Certificate of service that is able to give any form of help.

CONCLUSION

I Jean Elizabeth DeFreitas Campbell and all the above WEREFORE is filing in the United States District Court District of Connecticut Petition For Writ of Mandumas to Order Community Correction Center Placement and Relief listed in hundreds of petition file since 1997 and Order Immidate Release fromIllegal Prison Sentence and granting  evidentiary hearing for Citizenship Clain under 8 U.S.C. 1432 and all violations listed in petition in the interest of justice, and Grant all other appropriate Relief listed in Petition under the INS law.

Thanking you in advance:

Jean Elizabeth DeFreitas Campbell

12-29-2003

CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND EXACT COPY OF THE FOREGOING MOTION HAS BEEN FORWARDED
TO THE FOLLOWING PARTY:

ON THIS _____ 29 _____ DAY OF __ DEC _____ 200 3

UNITED STTES DISTRICT COURT
CLERK OF THE COURT
450 MAIN STREET
HARTFORD Ct 06103

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
J.F.K. FEDERAL BUILDING
GOVERNMENT CENTER, ROOM 510A
BOSTON, MASSACHUSETTS   02203

INS DISTRICT DIRECTOR
MR. GEORGE SULLIVAN
450 MAIN STREET
HARTFORD 06103

INS ASSISTANT COMMISSIONER
MR. JOAN HIGGINS
425 I STREET
WASHINGTON, D.C. 20536

WAEDEN FCI DANBURY
MS. KUMA DEBOO
ROUTE 37, PENBROKE STATION
DANBURY, CT 06811

UNITED STATES ATTORNEY
MS. DEBORAH SLATER
450 MAIN STREET
HARTFORD, CT 06103

UNITED STATES ATTORNEY GENERAL
MR. JOHN ASHCROFT
DEPARTMENT OF JUSTICE HOMELAND SECURITY
MR. TOM RODGE
950 PENNSYLVANIA AVE NW
WASH D.C. 20530

U.S COMMISSION ON IMMIGRATION REFORM
2430 E ST NW
SOUTH BUILDING, WASH D.C. 20037

MR. EDWARD M. KENNEDY
315 RUSSELL BUILDING
BOSTON, MASS

AMNESTY INTERNATIONAL
322 EIGHTH AVE
NEW YORK, NY 10001
UNITED STATES SUPREME COURT
TO CHIEF JUSTICES
1 FIRST STREET NE
WASH D.C  20543
UNITED NATUON CENTER
1 STREET AVE
NEW YORK, NY
CHARLES B. RANGLE AND HILLARY RODMRAM CLINTON
2211 RAXBURN BUILDING WASH D.C. 20515
NO: JEAN ELIZABETH DEFREITAS CAMPBELL
PEMBROKE STATION  09201-018
DANBURY, CT.  06811

_Jean E Cephel_
12-29-2003

AMERICAN IMMIGRATION LAWYERSA ASSOCIATION
666 BROADWAY, 7 FLOORNEW YORK NY 10012
INS ATTORNEY MR. WHITE
233 BROADWAY NEW YORK, NY
CARRIBBEAN IMMIGRANT SERVICES C7O INS WHITE