UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JEAN ELIZABETH DEFREITAS CAMPBELL    :
AKA JEAN ELIZABETH DEFREITAS         :
AKA JEAN DEFREITAS                   :
                                     :
              PETITIONER,            :
VS:                                  :     CASE NO: 3:03V591 AWT
IMMIGRATION AND NATURLIZATION SERVICE:
DISTRICT DIRECTOR, MR. GEORGE SULLIVAN
INS COMMISSIONER, MS.  JOHN HIGGINS  :
DEAPRTMENT OF JUSTICE, HOMELAND SECURITY
MR. TOM RIDGE                        :
UNITED STATES ATTORNEY GENERAL       :
MR. JOHN ASHCROFT                    :
FCI DANBURY, CT WARDEN KUMA DEBOO    :
                                     :
              RESPONDENTS,           :
                                     :
```

PETITION FOR WRIT OF MANDAMUS FOR CHANGE OF VANUE

PETITION FOR WRIT OF MANDAMUS STAY OF REMOVAL ORDER
AND REMOVE IMMIGRATION AND NATURLIZATION SERVICES DETAINER

I, Jean Elizabeth DeFreitas Campbell and all the above file in the UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT, PETITION FOR WRIT OF MANDUMAS FOR CHANGE OF VANUE, PETITION FOR WRIT OF MANDUMAS STAY OF REMOVAL ORDER AND REMOVE IMMIGRATION AND NATURLIZATION SERVICE DETAINER.

THE PETITIONER, states to the court that no decision has been render on that case and case has been pending, since June 1997.

THE PETITIONER, STATE TO THE COURT their is a miscarrage of justice by the court not rendering a decision.

THE PETITIONER, states at this time the court have violated petitioner due process rights in the undo long delays.

THE PETITIONER, states to the court hundreds and hundreds of petition, motions, for relief has been file and no decision was granted.

THE PETITIONER, have stated to the court the life and death need for a decision.

THE PETITIONER, was deny several programs but due to INS Detainer she was deny.

THE PETITIONER, states to the court she will come into the Immigration and Naturlization Services custody on June 30- 2004 which is 118 Days from this day.

THE PETITIONER, states to the court that the undo delay is due to PREJUDICE by the court and the United States Government.

THE PETITIONER, state to the court their is PROSECUTORIAL MISCONDUCT, A prosecutor or judge improper or illegal act (or failure to act) unjustifies punishment.

THE PETITIONER, states to the court she have no history or ties to the Connecticut except for the fact that she is incarcerated at Federal Correctional Instatution Danbury, Ct.

## CHANGE OF VANUE

THE PETITIONER, is request and EMERGENCY INJUCTION CHANGE OF VANUE to the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK, JUDGE, JACK B. WEINSTEIN.

THE PETITIONER, states to the court that Judge Weinstein is the judge that granted Stay of Deportation in June 1997 and he know the history of the case and the strong ties to the New York area, family ties in New York, and the need for relief.

THE PETITIONER, states to the court the change of vanue is a life and death case, of PETITIONER, father James DeFreitas who is critically Ill with cancer which have spreaded throughout his body and is in the kingsbrook Jewish Hospital, Brooklyn, and being his only child their

is a need to see and be able to care for my father who is a United States Citizen and asking the same rights as a United States Citizen wanting to be with thier father.

THE PETITIONER, states to the court due to being an alien with and INS detainer I am being deny seeing my father, caring for my father in his last days.

THE PETITIONER, states to the court she is eligable for community correctional center placement but due to the INS detainer makes me ineligable.

THE PETITIONER, states to the court their is injustice in PETITIONER CASE BY THE United States government.

THE PETITIONER, STATE TO THE COURT I am asking for a bed side visit to see my father but again with the INS detainer I would be deny.

THE PETITIONER, states to the court Judge Weinstein know the history of this case and know that my father is my life and being his only family and child in this world the need to see him and care for him in his last days on this earth.

THE PETITIONER, states to the court he is unable to travel to see me in FCI Danbury, Ct and is unable to travel out of the United States and the love he have for the United States    he wants to be buried in the United Stats with my mother, who is in evergreen cemetery in Brooklyn, New York.

STAY OF REMOVAL ORDER AND REMOVAL OF
IMMIGRATION AND NATURLIZATION SERVICES
DETAINER

THE PETITIONER, states to the court reinstating Stay of Removal Order and Removal of Immigration and Naturlization Services Detainer would allow PETITIONER TO stay in the United States and care for her father in his last days.

<u>THE PETITIONER</u>, states to the court PETITIONER history does not warrant deny of relief requested and have no history that would warrant the court not granting relief request of the court.

<u>THE PETITIONER</u>, states to the court she have extentive ties to the United States by review of the court records would state PETITIONER have no ties to Trinidad and Tobago and have onlylive in Trinidad (8) years of PETITIONER early child hood and all young-old years in the United States all family, husband, children, grandchildren are United States citizen and know and love the United States an my place of birth is Trinidad and Tobago.

<u>THE PETITIONER</u>, states to the court she is with out legal counsel and have substantial amount of evidence throyght years to warrant relief from the court but due to the Illegal Deportation and Illegal Imprisonment by the court the court would not rule on my case.

<u>THE PETITIONER</u>, states to the court she seek no justice from the United States government for her illegal deportation and illegal imprisonment just to be able to see and be able to care for her critically ill cancer stricken father.

## CONCLUSION IN CLOSING

I, JEAN ELIZABETH DEFREITAS CAMPBELL Prays the United States District Court District of Connecticut grant Petition for Writ of Mandumas for Change of Vanue to the United States District Court Eastern District of New York, Judge Jack B. Weinstein and Petition for Writ of Mandumas Stay of Removal Order and Removal of Immigration and Naturl ization Services Detainer to inable petitioner to be able to see and care for he father in his last day, The court to see and know the need for Petitioner to be with her father, petitioner PRAY the court see and know the pain and suffering of a child waniting to be able to care for her father.

Thanking you in advance:

3-2-04

JEAN ELIZABETH DEFREITAS CAMPBELL

CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND EXACT COPY OF THE FOREGOING MOTION HAS BEEN FORWARDED TO THE FOLLOWING PARTY:

ON THIS    2    DAY OF  3         2004

IMMIGRATION AND NATURLIZATION SERVICE
DISTRICT DIRECTOR, MR. GEORGE SULLIVAN
450 MAIN STREET
HARTFORD CT, 06103

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
225 CAMDAM PLAZA EAST
BROOKLYN, NEW YORK 11201
JUDGE JACK B. WEINSTEIN

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
J.F.K. FEDERAL BUILDING
GOVERNMENT CENTER, ROOM 510A
BOSTON, MASSACHUSETTS   02203

IMMIGRATION AND NATURLIZATION SERVICE
ASSISTANT COMMISSIONER, MS. JOAN HUGGINS
425 I STREET
WASHINGTON D.C. 20536

UNITED STATES ATTORNEY GENERAL
MR. JOHN ASHCROFT
950 PENSYLVANIA AVE NW
WASHINGTON D.C. 20530-0001

IMMIGRATION AND NATURLIZATION SERVICE
DEPARTMENT OF HOMELAND SECURITY
MR. TOM RIDGE
950 PENSYLVANIA AVE NW
WASHINGTON D.C. 20536

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
450 MAIN STREET
HARTFORD CT 06103

UNITED STATES ATTORNEY
DEBORAH SLATER
450 MAIN STREET
HARTFORD CT 06103

BEDERAL CORRECTIONAL INSTITUTION
WARDEN   MS. KUMA DEBOO

331/2 PENBROKE STATION
FEDERAL CORRECTIONAL INSTITUTION
DANBURY, CT 06811

NAME: JEAN ELIZABETH CAMPBELL
NO: 09201-018
PEMBROKE STATION
DANBURY, CT.   06811

3-2-2004