03CV591Mtnexp.



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



FILED

2003 NOV -3 P 12: 38

DISTRICT COURT

| | |
|---|---|
| JEAN ELIZABETH DEFREITAS CAMPBELL<br>AKA JEAN ELIZABETH DEFREITAS<br>AKA JEAN DEFREITAS | :<br>:<br>:<br>: CASE NO: 3:03CV591(AWT) |
| PETITIONER, | : |
| VS: | : |
| IMMIGRATION AND NATURLIZATION<br>SERVICE, DISTRICT DIRECTOR<br>MR. GEORGE SULLIVAN<br>INS COMMISSIONER, DORIS MEISSNER<br>HOMELAND SECURITY, MR. TOM RIDGE<br>ATTORNEY GENERAL, MR. JOHN ASHCROFT<br>WARDEN FCI DANBURY, KUMA DEBOO | :<br>:<br>:<br>:<br>:<br>:<br>: |
| RESPONDENTS, | : |

## MOTION FOR EXPEDITED REMOVAL OUT THE UNITED STATES

I, Jean Elizabeth DeFreitas Campbell and all the above is filing Pro Se in the United States District Court District of Connecticut Motion for Expedited Removal out of the United States.

The Petitioner, have been in the United States District Court since 1997 and to this present time no decision has been made on Immigration and Naturlization Service case.

The Petitioner, have file several hundred motions for relief from her deportation out of the United States which the petitioner have stated to the court that the deportation was illegal and was due to application of and Retroactive law of 1996.

**DENIED, as moot.
It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    03/30/04