03CV591 petwrit

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEAN ELIZABETH DEFREITAS CAMPBELL
AKA JEAN ELIZABETH DEFREITAS
AKA JEAN DEFREITAS

   PETITIONER,

VS:

   CASE NO. 3:03CV591(AWT)

IMMIGRATION AND NATURLIZATION SERVICE
DISTRICT DIRECTOR, MR. GEORGE SULLIVAN
INS COMMISSIONER, MS. DORIS MEISSNER
INS ASSISTANT COMMISSIONER, MS JOAN HIGGINS
DEPARTMENT OF JUSTICE, HOMELAND SECURITY
MR. TOM RIDGE
UNITED STATES ATTORNEY GENERAL, MR. JOHN ASHCROFT
FCI DAMBURY, WARDEN ,S. KUMA DEBOO

   RESPONDENTS,

PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT TO ORDER COMMUNITY CORRECTION CENTER PLACEMENT

I, Jean Elizabeth DeFreitas Campbell and all the above file in the United States District Court, District of Connecticut, Petition For Writ Of Mandamus to The District Court to Order Community Correction Center Placement.

The Petitioner, states that the United States District Court Judge have refusal to issue a final decision of Illegal imprisonment, Illegal Sentence, Illegal Exclusion Order, United states Nationality Claim under 8 U.S.C. 1432 Automatic Acquired Citizenship under the age of (18) which occurred in (1974) years before the enactment of the child Citizenship Act, Violations of Immigration and Naturlization Act, Illegal application of AEDPA (1996), Violation of Due Process, Violation of United States Constitution, which have been pending in the courts since 1997.

This Court have jurisdiction under the All Writ Act, 28 U.S.C.A. § 1651, and Rule 21 of the Federal Rules of Appellate Procedure.

DENIED. The court does not have jurisdiction to order Community Correction Center placement for the petitioner. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 03/30/04