13

UNITED STATES DISTRICT COURT 
DISTRICT OF CONNECTICUT

FILED

2004 JUN 27 A 10:32

US DISTRICT COURT
HARTFORD CT

JEAN ELIZABETH CAMPBELL )
AKA JEAN ELIZABETH DEFREITAS )
AKA JEAN DEFREITAS )
                                    )
       Petitioner, )
                                    )
                                    )
vs.                                 )    CASE NO. 3:03CV00591(AWT)
                                    )
INS, JOHN ASHCROFT )
DORIS MEISSNER, JOHN P. WEISS )
                                    )
       Respondent, )
                                    )

## MOTION TO APPOINT COUNSEL

**NOW COMES,** Jean Elizabeth Campbell as the Petitioner, pro se requesting this Court for Appointment of Counsel.

I, Jean Elizabeth Campbell have filed several Motion to Appoint Counsel several years ago, the Court has denied the Petitioner request for Appointment of Counsel. The Petitioner is a pro se ligante and has no knowledge of the complex Immigration Law and is requesting Appointment of Counsel for her defense. The United States Attorney have asserted that this case is complex procedural history in which involves four judicial district and the case has been pending over six years.

[Margin annotation, left side, rotated:] DENIED, after review of the factors set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986) and Cooper v. Sargenti, 877 F.2d 170 (2d Cir. 1989). It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   03/30/04