UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEAN ELIZABETH DEFREITAS CAMPBELL<br>AKA JEAN ELIZABETH DEFREITAS<br>AKA JEAN DEFREITAS<br><br>PETITIONER,<br>VS:<br>IMMIGRATION AND NATURALIZATION SERVICE:<br>DISTRICT DIRECTOR, MR. GEORGE SULLIVAN<br>INS COMMISSIONER, MS. JOHN HIGGINS<br>DEAPRTMENT OF JUSTICE, HOMELAND SECURITY<br>MR. TOM RIDGE<br>UNITED STATES ATTORNEY GENERAL<br>MR. JOHN ASHCROFT<br>FCI DANBURY, CT WARDEN KUMA DEBOO<br><br>RESPONDENTS, | CASE NO: 3:03V591 AWT |

PETITION FOR WRIT OF MANDAMUS FOR CHANGE OF VANUE

PETITION FOR WRIT OF MANDAMUS STAY OF REMOVAL ORDER
AND REMOVE IMMIGRATION AND NATURLIZATION SERVICES DETAINER

I, Jean Elizabeth DeFreitas Campbell and all the above file in the UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT, PETITION FOR WRIT OF MANDUMAS FOR CHANGE OF VANUE, PETITION FOR WRIT OF MANDUMAS STAY OF REMOVAL ORDER AND REMOVE IMMIGRATION AND NATURLIZATION SERVICE DETAINER.

THE PETITIONER, states to the court that no decision has been render on that case and case has been pending, since June 1997.

THE PETITIONER, STATE TO THE COURT their is a miscarrage of justice by the court not rendering a decision.

THE PETITIONER, states at this time the court have violated petitioner due process rights in the undo long delays.

THE PETITIONER, states to the court hundreds and hundreds of petition, motions, for relief has been file and no decision was granted.

DENIED. See Order Dismissing Petition for Habeas Corpus Relief dated March 30, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    03/30/04