UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -8 P 2: 10
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| JEAN ELIZABETH CAMPBELL | : | |
| v. | : | CASE NO. 3:03CV591 (AWT) |
| IMMIGRATION AND NATURALIZATION SERVICE, JOHN ASHCROFT, DORIS MEISSNER, and JOHN P. WEISS | : | |

## JUDGMENT

This action having come on for consideration of the petition for a writ of habeas corpus seeking cancellation of her removal order before the Honorable Alvin W. Thompson, United States District Judge and,

Having considered the full record of the case including applicable principles of law, and having filed its order denying her petition and granting the respondent's motion to dismiss the petition, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the respondents Immigration and Naturalization Service, John Ashcroft, Doris Meissner, and John P. Weiss, and this petition is dismissed.

Dated at Hartford, Connecticut, this 8th day of April, 2004.

KEVIN F. ROWE, Clerk

_____
Sandra Smith
Deputy Clerk

EOD _____